ACCEPTED
01-15-00818-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/29/2015 4:10:11 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00818-CV

_____

IN THE COURT OF APPEALS
FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/29/2015 4:10:11 PM
CHRISTOPHER A. PRINE
Clerk

_____

MIGUEL ZARAGOZA FUENTES,
*Appellant*,

v.

EVANGELINA LOPEZ GUZMAN ZARAGOZA,
*Appellee*.

_____

On Appeal from the 245th Judicial District Court
of Harris County, Texas
Trial Court No. 2014-30215

_____

**APPELLANT'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF**
_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellant, Miguel Zaragoza Fuentes, pursuant to Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), requests this Court to extend time to file his brief in this cause for an additional thirty (30) days:

1.      This is an appeal from an interlocutory order granting injunctions and other temporary orders in a suit for divorce.  The trial court signed the order at issue on September 2, 2015.  Appellant filed a notice of appeal on September 24,

2015.[1] While the present appeal has been pending, the district court conducted a trial on the merits in the underlying case, which occurred on November 2-5, 2015. The district court recently signed a final judgment on December 21, 2015.

2. The reporter's record was filed October 6, 2015. The clerk's record was filed October 29, 2015.

3. Appellant's brief was originally due November 30, 2015. Appellant filed a motion to extend time to file his brief up to and including December 30, 2015. Appellee opposed the motion and this Court granted the requested relief. Appellant's brief is currently due December 30, 2015.

4. When this Court granted Appellant's motion for an extension of time to file his brief, the Court also stated that "no futher extensions will be granted absent exceptional circumstances." As explained, a material circumstance has occurred since this Court extended the brief deadline because the district court has now signed a final judgment. Appellant's counsel is currently evaluating whether the signing of a final judgment in the underlying case moots the instant proceeding. For judicial economy and related reasons, Appellant prefers to not burden the Court and the parties with unnecessary briefing or other work if it is ultimately determined that the case in this Court is moot.

---

[1] Appellant alternatively requests the Court to treat this appeal as a mandamus proceeding. *See CMH Homes v. Perez*, 340 S.W.3d 444, 452-53 (Tex. 2011).

5.     This is Appellant's second motion for extension of time to file his brief and Appellant requests an additional thirty (30) day extension, up to and including Friday January 29, 2016, in which to file his brief. Appellant's counsel is mindful of the Court's admonishment contained in its November 30, 2015 order granting the first extension of time, and has accordingly given this case priority. However, counsel is of the considered opinion that the intervening entry of final judgment is an "exceptional circumstance" justifying this second motion for extenstion of time because it may impact this Court's jurisdiction.

6.     Appellant seeks this extension not for delay, but to allow counsel sufficient time to determine whether this proceeding is moot, in whole or in part, and to prepare a concise brief to assist with the Court's decision making.

**PRAYER**

For the above reasons, Appellant, Miguel Zaragoza Fuentes, respectfully requests this Court to grant an extension of time to file his brief up to and including January 29, 2016. Appellant further requests general relief.

3

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

By:   /s/ Kevin Jewell
       Kevin D. Jewell
       State Bar No. 00787769
       1200 Smith Street, Suite 1400
       Houston, Texas 77002
       Telephone: (713) 658-1818
       Telecopier: (713) 658-2553

       ATTORNEYS FOR APPELLANT

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Appellant conferred with counsel for Appellee by email on December 29, 2015 and Appellee's counsel is opposed to the relief sought in this motion.

/s/ Kevin Jewell
Kevin D. Jewell

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Motion to Extend Time to File Brief* has been forwarded to all parties and/or attorneys of record by the means indicated below, on this 29th day of December, 2015:

*Via electronic service*:
Jeanne Caldwell McDowell
Rebekah H. Birdwell
The Law Offices of Jeanne Caldwell McDowell
603 Avondale
Houston, Texas 77006

4

*Via electronic service*:
Mary Olga Lovett
Greenberg Traurig, L.L.P.
1000 Louisiana, Suite 1700
Houston, Texas 77002

*Via electronic service*:
J. Lindsey Short
Adam J. Morris
Short Carter Morris
1177 West Loop South, Suite 700
Houston, Texas  77027-9016

*Via electronic service*:
Stewart W. Gagnon
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

*Via electronic service*:
Ricardo L. Ramos
440 Louisiana Street, Suite 1450
Houston, Texas 77002

/s/ Kevin Jewell

Kevin D. Jewell

5